UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-7512 DSF (AJWx) | Date | 4/10/17 |
|---|---|---|---|
| Title | City of Los Angeles et al v. Sprint Solutions, Inc. et al | | |

Present: The Honorable DALE S. FISCHER, United States District Judge

| Anel Huerta | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Eric J. Buescher | Anne M. Kelts |
| Neda L. Lotfi | Colin H. Murray |

**Proceedings:** Motion to Remand (Dkt. 31)

The matter is called and counsel state their appearances. The Court hears oral argument. The matter is under submission and a written ruling will issue.